UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LORD ANING,

                Petitioner,                  22 **CIVIL** 6019 (JSR)(BCM)

                                                        21 **CR.** 88 (JSR)

    -against-

                                                   **JUDGMENT**

UNITED STATES OF AMERICA,

                Respondent.
------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 15, 2024, the Court has adopted the Report and Recommendation, and, for the reasons therein, has denied the petition with prejudice. In addition, because petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue. See 28 U.S.C. § 2253. Moreover, the Court certifies that any appeal from the Order would not be taken in good faith, as petitioner's claim lacks any arguable basis in law or fact, and therefore permission to proceed in forma pauperis is also denied. See 28 U.S.C. § 1915(a) (3); Neitzke v. Williams, 490 U.S. 319, 325 (1989); accordingly, case 22-cv-6019 is closed.

**DATED:** New York, New York
           April 16, 2024

                                                                **RUBY J. KRAJICK**

                                                                  **Clerk of Court**
                                           **BY:**    *K. Mango*
                                                                  **Deputy Clerk**